UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 04-31318 |
|---|---|
| CRAIG W STILWELL | (Chapter 13) |
| HEATHER R STILWELL | |
| Debtors | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3976189**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 5/ 31 | HERITAGE GROUP<br>5248 S PINEMONT DR<br>SUITE C 190<br>MURRAY, UT  84123 | 76.93 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/28/2009

Certificate of Service            04-31318

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

CRAIG W STILWELL
HEATHER R STILWELL
1016 JUNE DR
XENIA, OH  45385

LESTER R THOMPSON
1340 WOODMAN DR
DAYTON, OH  45432

(31.1)
HERITAGE GROUP
5248 S PINEMONT DR
SUITE C 190
MURRAY, UT  84123

(35.1n)
JOE LOZANO
9441 LBJ FREEWAY
SUITE 350
DALLAS, TX  75243

(38.1n)
SHERMAN ACQUISITION LP
DBA RESURGENT CAPITAL SERVICES
BOX 10587
GREENVILLE, SC  29603

(37.1n)
STEPHEN A WATRING
110 N MAIN ST
STE 1000
DAYTON, OH  45402

(43.1n)
WELLS FARGO BANK
BOX 829009
DALLAS, TX  75382

(34.1n)
WELLS FARGO HOME MORTGAGE
%BANKRUPTCY MAIL MAC#X7801-014
3476 STATEVIEW BLVD
FORT MILL, SC  29715

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner            cs